JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BONNIE JEAN LEDESMA,<br><br>        Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | ) Case No. 5:21-cv-00727-JDE<br>)<br>) JUDGMENT OF REMAND<br>)<br>)<br>)<br>)<br>)<br>) |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 21, "Stipulation to Remand"),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 11, 2022

_____
JOHN D. EARLY
United States Magistrate Judge